Sarah Schmidt, administratrix of the estate of Herman Schmidt, appellee, v. Herman Rocklin, appellant.   Gen. No. 33,781.

Opinion filed January 27, 1930.

Max C. Liss, for appellant.   No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Pennsylvania Railroad Company, appellant, v. Roberts & Scharfer Company, appellee.   Gen. No. 33,799.

Opinion filed January 27, 1930.   Rehearing denied February 10, 1930.

Loesch, Scofield, Loesch & Richards, for appellant.   H. L. Howard, William Greene and Burt A. Crowe, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Benjamin Moore & Company, appellant, v. Casa Bonita Building Corporation, appellee.   Gen. No. 33,808.

Opinion filed January 27, 1930.

England, Dodge & O'Toole, for appellant.   Moses H. Kamerman, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

## Second District.

Howard Gaddie, appellee, v. William R. Whittaker, appellant.   Gen. No. 8,029.

Opinion filed October 10, 1929.   Rehearing denied February 4, 1930.

H. D. Morgan and John W. Fling, Jr., for appellant.   Floid B. Brian and Clarence W. Heile, for appellee;   Brian & McManus and Heyl & Heyl, of counsel.

Mr. Justice Jones delivered the opinion of the court.